UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Boruch Fekete,

        Plaintiff,

v.

Alpha Recovery Corp and Velocity Investments, LLC,

        Defendant.

Case No: 7:21-cv-00894-CS

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 30, 2021

**THE SALVO LAW FIRM, P.C.**

By: _____
Cindy D. Salvo, Esq.
185 Fairfeld Avenue, Suite 3C/3D
West Caldwell, NJ 07006
Tel: (973) 226-2220
Email: *csalvo@salvolawfirm.com*
*Attorneys for Defendants*

**BARSHAY SANDERS, PLLC**

By: _____
Jonathan M. Cader
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *jcader@BarshaySanders.com*
Our File No: 120417
*Attorneys for Plaintiff*